

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 07-40055-16 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| LORI SAMPSON, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Defendant Lori Sampson's Motion to Reconsider Detention Order, Doc. 916, in which Defendant requests the Court to modify the order of detention previously entered by the Court to allow Defendant to remain out of custody until her sentencing date on May 19, 2008. After consideration of the Motion, together with the Government's Response,,

IT IS ORDERED:

1. That the Defendant Lori Sampson's Motion to Reconsider Detention Order, Doc. 916, is denied.

2. That the Defendant Lori Sampson shall remain on bond until 10:00 A.M., on Monday, March 31, 2008, at which time she shall surrender to the U.S. Marshal's Service.

Dated this 26th day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
     DEPUTY